# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**MUKHTAR YAHYA NAJEE**                 )
**AL WARAFI**                           )
                                        )
     *Petitioner*,                  )
                                        )
     *v.*                            )     **Civil Action No. 09-2368 (RCL)**
                                        )
**BARACK H. OBAMA**, *et al.*,          )
                                        )
     *Respondents*.                  )
_____)

## ORDER

Upon consideration of Petitioner Mukhtar al Warafi's Consent Motion for

Extension of Time, it is hereby ordered:

Petitioner's Consent Motion for Extension of Time is granted.  Petitioner shall file

his response to the Respondents' post-hearing brief on or before February 19, 2010.

**SO ORDERED.**

_____/s/_____
Royce C. Lamberth
United States District Judge

Date: _____2/16/2010_____